UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YAMILETH ALDANA SERRANO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SERGIO ALBARRAN, et al.,<br><br>Defendants. | Case No. 25-cv-08408-EKL<br><br>**ORDER EXTENDING TEMPORARY RESTRAINING ORDER**<br><br>Re: Dkt. Nos. 6, 19, 21 |

Pursuant to the parties' stipulations and Federal Rule of Civil Procedure 65(b)(2), IT IS HEREBY ORDERED that the temporary restraining order in the above-captioned matter is extended until 24 hours after the Court issues its ruling on the motion for preliminary injunction in light of the parties' request to vacate the preliminary injunction hearing, the government's consent to extend the TRO, and to ensure sufficient time to address the arguments raised in response to the order to show cause and reply.  *See* ECF Nos. 19, 21.

**IT IS SO ORDERED.**

Dated: October 16, 2025

Eumi K. Lee
United States District Judge